# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **LASHIFY, INC.,**<br><br>    Plaintiff,<br><br> v.<br><br>**QINGDAO LASHBEAUTY COSMETIC CO., LTD. d/b/a WORLDBEAUTY,**<br><br>    Defendant | 6:22-cv-00776-ADA-DTG |

## ORDER OF JUDGMENT

This action came before the Court for trial by jury commencing on August 19, 2024 between Plaintiff Lashify, Inc. ("Lashify") and Defendant Qingdao Lashbeauty Cosmetic Co., Ltd. d/b/a Worldbeauty ("Worldbeauty"). The issues have been tried and the jury rendered its unanimous verdict on August 23, 2024 (Dkt. No. 313). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Worldbeauty has directly infringed claim 3 of U.S. Patent No. 11,219,260 (the '260 patent), claim 6 of U.S. Patent No. 11,253,020 (the '020 patent), and claim 15 of U.S. Patent No. 11,234,472 (the '472 patent) (collectively, the "Asserted Claims").

2. Worldbeauty's direct infringement of the Asserted Claims was willful.

3. Worldbeauty has failed to prove the Asserted Claims are invalid as obvious in light of the prior art or as anticipated by prior art.

4. Judgment is hereby entered in favor of Lashify and against Worldbeauty in the sum of $34,098,049 for Worldbeauty's infringement of the Asserted Claims through November 5, 2023.

5. Worldbeauty shall provide an accounting for sales of the Accused Products for the period of November 6, 2023 until the jury's verdict on August 23, 2024 no later than two weeks after entry of this Judgment.

6. Briefing on Lashify's motion for a permanent injunction will proceed according to the parties' stipulated schedule. *See* Dkt. No. 324.

7. With the exception of the deadlines for a permanent injunction motion set forth above, this Judgment starts the time for filing any post-trial motions or appeal including but not limited to: bill of costs; renewed motions for judgment as a matter of law and/or new trial under Fed. R. Civ. P. 50(b) and 59; motions to amend the judgment; motions for the award of supplemental damages, enhanced damages, and pre- and post-judgment interest; motions for an exceptional case finding and the award of attorney's fees; and any other motions for equitable relief that may be just and proper. All such motions shall be filed within 28 days of entry of this Judgment.

8. Any other relief requested by either party which is now pending before the Court and not specifically awarded or addressed herein is **DENIED**.

**So ORDERED and SIGNED this 23rd day of September, 2024.**

                                                                                          _____
                                                                                          ALAN D ALBRIGHT
                                                                                          UNITED STATES DISTRICT COURT JUDGE