# EXHIBIT D

# DEFENDANT QINGDAO SERAFINA INTERNATIONAL TRADE CO., LTD a/k/a QINGDAO VELEASHA IMPORT AND EXPORT CO., LTD., d/b/a VELEASHA a/k/a VELEASHA US

# Defendant's Infringing Listing



# Defendant's Merchant Storefront



# Checkout Page for Counterfeit Products from Defendant



# Order Confirmation for Counterfeit Products from Defendant



# Received Products





X0042HVAOD

Veleasha Brown Lash...0 Brown,8-16MM,Kit)
New



# Website Homepage





## Navigation
Home | Lash Extension Kit | Strip Lashes | Eyelash Extensions | Lash Tool | Private Label | Sample Order

ABSOLUTELY PERFECT

IN LOVE

BEST LASHES ON AMAZON

BEST LASHES EVERRRR!!!

## PRODUCT
> Lash Extension Kit
> Strip Lashes
> Eyelash Extensions
> Lash Tool
> Private Label

## PACKAGE&SERVICE
> Package&Service
> Private Label
> Sample Order

## CONTACT US
Adress：

T e l ：+86 18953274741

E-mail ：veleashalashesofficial@hotmail.com

W e b ：www.veleashalashes.com

## MESSAGE

Name

E-mail

Message

✉ SUBMIT

CopyRight © Qingdao Veleasha Import and Export Co., Ltd . All Rights Reserved.    Powered by HiCheng



Home | Lash Extension Kit | Strip Lashes | Eyelash Extensions | Lash Tool | Private Label | Sample Order

# PRIVATE CUSTOM

High quality products

# OUR ADVANTAGE

High quality products



## Professional Team

Have our own design team ,Professional Raw materials purchasing team to ensure product quality and technology.

## Quality Control

Have our own design team ,Professional Raw materials purchasing team to ensure product quality and techno

## Enough Stock

Large and rich inventory products to ensure fast delivery

## OEM & ODM Service

Accept Private label for wholesale order.

## Service Basic Principles

Insists on innovation and high quality to achieve a cooperation win-win with our customers.



# Defendant's Infringing Listings





https://www.veleashalashes.com/1890.html

Home    Lash Extension Kit    Strip Lashes    Eyelash Extensions    Lash Tool    Private Label    Sample Order



## Products

**Lash Extension Kit** ⌄

- Lash Clusters Kit

- Lash clusters

- Individual lashes kit

**Strip Lashes** ›

**Eyelash Extensions** ›

**Lash Tool** ›

**Private Label** ›



 

**Veleasha Lash Extension Kit Wispy 30D 280PCS Cluster Eyelash Extensions D Curl Vegan Lash Clusters Kit 6-15mm Mix with Bond and Seal and Tweezers DIY Lash Extension Kit (30D, Kit)**

🛒 Add to Cart          📋 Inquire Now

◄ Last Product : Veleasha Lash Clusters Kit CC Curl 10-

► Next Product : Individual lashes kit

### Product Details

# Checkout Page for Counterfeit Products from Defendant



| ALL | PRODUCTS | NAME | QTY | ACITON |
|---|---|---|---|---|
| ☑ | | Veleasha Lash Extension Kit Wispy 30D 280PCS Cluster Eyelash Extensions D Curl Vegan Lash Clusters Kit 6-15mm Mix with Bond and Seal and Tweezers DIY Lash Extension Kit (30D, Kit) | - 1 + | 🗑 |

## Inquire Now

If you have any questions, feedback or comments, please fill out the form below and we will reply you back as soon as possible.

| Inquire: Veleasha Lash Extension Kit Wispy 30D 280PCS | E-mail*: | Phone: |

Message*:

✉ SUBMIT

# Order Confirmation

# INVOICE



**Veleasha lashes**
serabeauty@hotmail.com

**Invoice No#**: 0158
**Invoice Date**: Feb 13, 2025
**Due Date**: Feb 23, 2025

**PAID**

**$0.00**
**AMOUNT DUE**

**BILL TO**
buybuybuy212@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | lashes<br>FD34 4packs | 4 | $5.00 | $20.00 |
| 2 | paypal service charge | 1 | $2.50 | $2.50 |
| 3 | shipping fee | 1 | $30.00 | $30.00 |
| | | | Subtotal | $52.50 |
| | | | **TOTAL** | **$52.50 USD** |
| | | | Amount paid | $52.50 |
| | | | **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**
Thanks for patronage

**TERMS AND CONDITIONS**
We do not accept returned samples