Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Lashify, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHIFY, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>QINGDAO SERAFINA INTERNATIONAL TRADE CO., LTD a/k/a QINGDAO VELEASHA IMPORT AND EXPORT CO., LTD. d/b/a VELEASHA a/k/a VELEASHA US,<br><br>*Defendants* | **CIVIL ACTION NO.**<br><br>**[PROPOSED] ORDER TO EXCEED WORD LIMIT**<br><br>**FILED UNDER SEAL** |

On this day, the Court considered Plaintiff's Motion to Exceed Word Limit and it is hereby ORDERED that Plaintiff may submit a memorandum of law in support of its *ex parte* application for: a temporary restraining order; an order to show cause why a preliminary injunction should not issue; an asset restraining order; an order authorizing alternative service by electronic mail; and an order authorizing expedited discovery ("Application") against Defendants in the above-referenced action that is 10,291 words, which exceeds the page limit set forth in Local Civil Rule 7.1(c).

SIGNED this _____ day of _____, 2025, at _____ __.m.

_____
UNITED STATES DISTRICT JUDGE