```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
LASHIFY, INC.,
                                            25-cv-1485 (JGK)
                    Plaintiff,
                                            ORDER
        - against -

QINGDAO SERAFINA INTERNATIONAL TRADE
CO., LTD.,

                    Defendant.
────────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by **May 27, 2025.**

SO ORDERED.
Dated:   New York, New York
         May 13, 2025

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge