**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Lashify Inc.,**

**Plaintiff,**

**-against-**

**Qingdao Serafina International Trade Co. Ltd. et al.,**

**Defendants.**

**1:25-cv-01485 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Fact discovery in this action closed on August 4, 2026 and the parties were to have completed service of rebuttal expert reports no later than September 17, 2026. (*See* Mem. End., ECF No. 58.) Accordingly, it is hereby ORDERED that, no later than September 28, 2026, the parties shall file a joint letter regarding the status of this action.

**SO ORDERED.**

Dated: New York, New York
September 21, 2026

STEWART D. AARON
United States Magistrate Judge