UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASHIFY INC.,

Plaintiff,

- against -

QINGDAO SERAFINA INTERNATIONAL TRADE CO. LTD. ET AL.,

Defendants.

25-cv-1485 (JGK)

Order

**John G. Koeltl, District Judge:**

Pursuant to the parties' joint status letter, this action is **stayed** until **November 15, 2026** to allow the parties to discuss settlement. The parties should provide a stipulation of dismissal or a status report by **November 15, 2026**.

SO ORDERED.

Dated: New York, New York
October 2, 2026

John G. Koeltl
United States District Judge